IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re JOSE PACHECO,

No. C 13-02564 SBA (PR)

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

    In a notice dated June 6, 2013, the Clerk of the Court directed Plaintiff to complete a civil rights complaint form and an in forma pauperis (IFP) application, and told him that he must complete these documents within twenty-eight days or his action would be dismissed. The Clerk sent Plaintiff a blank civil rights complaint form as well as a prisoner's IFP application.

    More than twenty-eight days have passed, and Plaintiff has not filed the necessary documents or otherwise communicated with the Court.

    Accordingly, this action is DISMISSED WITHOUT PREJUDICE. The Court has rendered its final decision on this matter; therefore, this Order TERMINATES Plaintiff's case. The Clerk shall close the file.

    IT IS SO ORDERED.

DATED: 7/23/13

SAUNDRA BROWN ARMSTRONG
United States District Judge

G:\PRO-SE\SBA\CR.13\Pacheco2564.DISM(noCOMPL&noIFP).frm

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE PACHECO,<br><br>            Plaintiff,<br><br>    v.<br><br>CALIFORNIA MEDICAL FACILITY et al,<br><br>            Defendant. | Case Number: CV13-02564 SBA<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 23, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jose Pacheco C-42986, N3-303
P.O. Box 2000
Vacaville, CA 95696-2000

Dated: July 23, 2013

                    Richard W. Wieking, Clerk
                    By: Lisa Clark, Deputy Clerk

G:\PRO-SE\SBA\CR.13\Pacheco2564.DISM(noCOMPL&noIFP).frm    2